JAMES ANDRÉ BOLES, ESQ.
Nevada Bar No. 003368
California Bar No. 141639
411 Mill Street
Reno, Nevada 89502
Tel: (775) 329-1544

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br>vs.<br><br>**JARAD STILES**<br><br>    Defendant. | Case No. 6:10-mj-00188-MJS-1<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel for an Order to Continue Hearing on the abovementioned case. Counsel for Defendant has just been retained and has a calendar conflict on Tuesday, November 16, 2010 at 10:00 a.m. Both Counsel have agreed to continue this hearing to Tuesday, January 18, 2011.

DATED this 15th day of November, 2010    DATED this 15th day of November, 2010

  /s/ James Andre Boles                      /s/ Susan St. Vincent
JAMES ANDRÉ BOLES                         SUSAN ST. VINCENT
Attorney for Defendant                            Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　Plaintiff,<br>　vs.<br>**JARAD STILES**<br>　　　　Defendant. | Case No. 6:10-mj-00188-MJS-1<br><br>**ORDER TO CONTINUE HEARING** |

　　The Stipulation to Continue Hearing currently set for November 16, 2010, having come before the Court, and good cause appearing;

　　IT IS THEREFORE ORDERED that the hearing be continued to Tuesday, January 18, 2011, at 10:00 a.m.

IT IS SO ORDERED.

Dated:　November 15, 2010　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE