1  Susan St. Vincent
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California 95389
4  Telephone: 209-372-0241

5

6
                    UNITED STATES DISTRICT COURT
7                   EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES GOVERNMENT,    )    CASE NUMBERS:
                                )    6:10-mj-00188-MJS
10         Plaintiff,           )
                                )    STIPULATION FOR
11    vs.                       )    RESOLUTION; AND
                                )    ORDER THEREON
12 JARAD ANDREW STILES,         )
           Defendant            )
13                              )
                                )    Court: U.S. Magistrate
14 _____)    Honorable Michael J. Seng

15

16      IT IS HEREBY STIPULATED by and between Susan St. Vincent,

17 the acting legal officer for Yosemite National Park, and

18 Defendant, James Andrew Stiles, and his attorney of record, James

19 Andre Boles, that the Court approve the following resolution in

20 the above referenced matter currently pending before this court:

21 Case Number 6:10-mj-00188-MJS charging Misappropriation of

22 Property be converted to a bailable citation and the fine amount

23 be set at $250 plus a $25 processing fee.  Defendant will pay the

24 fine amount to the Central Violation Bureau within 30 days.

25 //

26 //

27 //

28 //

                                   1

| | |
|---|---|
| Dated: May 28, 2011 | By: /s/ Susan St. Vincent<br>SUSAN ST. VINCENT<br>Acting Legal Officer<br>National Park Service |
| Dated: May 16, 2011 | By: /s/ James Andre Boles<br>JAMES ANDRE BOLES<br>Attorney for Defendant<br>Jarad A. Stiles |

**ORDER**

The Court, having reviewed the above request to approve the resolution of this matter, HEREBY ORDERS AS FOLLOWS:

1. The Case Number 6:10-mj-00188-MJS charging Misappropriation of Property is converted to a bailable citation and the fine amount is set at $250.
2. The defendant shall pay the fine amount of $250 plus a $25 processing fee to the Central Violations Bureau within 30 days.

IT IS SO ORDERED.

Dated:   May 24, 2011                       /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

2